1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   GARNER K. WENG - 191462
2  M. D. MOYE - 152871
   WILLIAM T. WEBB - 193832
3  425 Market Street, 26th Floor
   San Francisco, CA  94105
4  Telephone:      (415) 777-3200
   Facsimile:      (415) 541-9366
5  E-mail:         gweng@hansonbridgett.com

6

7  Attorneys for Defendant
   ROSS STORES, INC.

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  PATRICK J. MCGEE, individually and on      No. C 06-7496 CRB
    behalf of all others similarly situated,
13                                             STIPULATION TO EXTEND TIME TO
                Plaintiff,                     RESPOND TO COMPLAINT
14
          v.
15
    ROSS STORES, INC. and DOES 1-10,
16
                Defendant.
17

18                          STIPULATION

19         Plaintiff Patrick J. McGee has filed and served the above-captioned putative class action

20  against Defendant Ross Stores, Inc.; and pursuant to N.D. L.R. 6-1(a), the parties have stipulated

21  to extend the time within which Defendant Ross Stores, Inc. must answer or otherwise respond to

22  the Complaint up through and to February 12, 2007.

23         This stipulated extension does not alter the date of any event or any deadline already fixed

24  by court order.

25  ----

26  ----

27  ----

28  ----

                                  - 1 -

1    DATED:  January 24, 2007                    Respectfully,

2

3

4                                               By:    /s/
                                                   _____
5                                                  Garner K. Weng
                                                   M. D. Moye
6                                                  William Webb
                                                   HANSON BRIDGETT MARCUS
7                                                  VLAHOS & RUDY, LLP

8                                                  Attorneys for Defendant
                                                   ROSS STORES, INC.
9    DATED:  January 24, 2007                    Respectfully,

10

11

12                                              By:    /s/
                                                   _____
13                                                 Ira Spiro
                                                   J. Mark Moore
14                                                 SPIRO MOSS BARNESS LLP

15                                                 Douglas Linde
                                                   THE LINDE LAW FIRM
16
                                                   Attorneys for Plaintiff
17                                                 PATRICK J. MCGEE

18   Janaury 30, 2007

19

20          SIGNATURES UNDER GENERAL ORDER NO. 45

21       Pursuant to General Order No. 45 of the United States District Court, Northern District of

22   California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing

23   of this document—hereby attest that the concurrence to the filing of this document has been

24   obtained from the other signatories to this document.

25

26                                                     /s/
                                                   _____
                                                   GARNER K. WENG
27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                          1298038.1