HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GARNER K. WENG – 191462
M. D. MOYE - 152871
WILLIAM T. WEBB - 193832
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
E-mail:          gweng@hansonbridgett.com
                     mmoye@hansonbridgett.com
                     wwebb@hansonbridgett.com

Attorneys for Defendant
ROSS STORES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>Defendants. | No. C 06 7496 CRB<br><br>**STIPULATION TO PERMIT DEFENDANT TO AMEND COMPLAINT AND FOR WITHDRAWAL OF MOTION TO STRIKE and [PROPOSED] ORDER**<br><br>Judge:              Honorable Charles R. Breyer<br>Action Filed:      December 6, 2006<br>Trial Date:         None |

## STIPULATION

Come now the Plaintiff Patrick J. McGee ("McGee") and Defendant Ross Stores, Inc.

("Ross"), through their undersigned counsel, and stipulate as follows:

WHEREAS, on December 6, 2006, McGee filed his complaint against Ross alleging a

claim for willful noncompliance with 15 U.S.C. § 1681 et seq.;

WHEREAS, on February 12, 2007, Ross filed its answer;

WHEREAS, on March 5, 2007, McGee moved to strike aspects of Ross' answer pursuant

to Federal Rule of Civil Procedure 12(f);

WHEREAS after receiving McGee's motion to strike portions of the answer, Ross offered

to amend its answer; and

ANSWER TO COMPLAINT AND SEPARATE DEFENSES (CASE NO. 06 7496 CRB)

1309077.1

1     WHEREAS, the hearing on McGee's motion to strike is set for 10:00 a.m. on April 13,

2  2007;

3     NOW, THEREFORE, the parties to this action STIPULATE as follows:

4     1.    Ross shall be permitted to amend its answer pursuant to Federal Rule of Civil

5  Procedure 15(a).  Such amended answer shall be filed on or before April 20, 2007.

6     2.    McGee will withdraw the motion to strike currently set for hearing at 10:00 a.m.

7  on April 13, 2007 without prejudice, in light of Ross's filing an amended answer.

8     3.    The hearing set for April 13, 2007 shall be taken off calendar.

9     4.    Nothing herein shall affect McGee's ability to move to strike the amended answer.

10

11  DATED:  March 22, 2007                    SPIRO MOSS BARNESS LLP
                                             THE LINDE LAW FIRM
12

13                                           By:_____/s/_____

14                                              J. MARK MOORE
                                                DOUGLAS A. LINDE
15                                              CHANT YEDALIAN
                                                ERICA L. ALLEN
16
                                                Attorneys for Plaintiff
17                                              PATRICK J. MCGEE

18

19  DATED:  March 22, 2007                    HANSON BRIDGETT MARCUS VLAHOS
                                             & RUDY, LLP
20

21                                           By:_____/s/_____

22                                              M. D. MOYE
                                                GARNER K. WENG
23                                              WILLIAM T. WEBB
                                                Attorneys for Defendant
24                                              ROSS STORES, INC.

25

26

27

28

- 2 -

1

2

<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

3      Pursuant to General Order No. 45 of the United States District Court, Northern District of

4   California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing

5   of this document—hereby attest that the concurrence to the filing of this document has been

6   obtained from the other signatory to this document.

7

8                                                            /s/

9                                                    GARNER K. WENG

10

11

12                                          ~~[PROPOSED]~~ ORDER

13

14   Good cause appearing, IT IS SO ORDERED.

15

16   DATED: March 22, 2007 ___

17                                           HONORABLE CHARLES ___
                                             U.S. DIS ___



18

19

20

21

22

23

24

25

26

27

28

STIPULATION (CASE NO. 06 7496 CRB)

1309077.1