```
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
GARNER K. WENG – 191462
M. D. MOYE - 152871
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
E-mail:          gweng@hansonbridgett.com
                     mmoye@hansonbridgett.com
                     lcirelli@hansonbridgett.com
```

Attorneys for Defendant
ROSS STORES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>    Defendants. | No. C 06 7496 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION and [~~PROPOSED~~] ORDER**<br><br>Judge:            Honorable Charles R. Breyer<br>Action Filed:   December 6, 2006<br>Trial Date:       None |

### STIPULATION

Come now the Plaintiff Patrick J. McGee ("McGee") and Defendant Ross Stores, Inc. ("Ross"), through their undersigned counsel, and stipulate as follows:

WHEREAS, on August 3, 2007, the Court determined that Plaintiff's Motion for Class Certification should be heard on November 30, 2007;

WHEREAS, the date for Plaintiff to file said motion is October 26, 2007;

WHEREAS, on September 13, 2007, the Ninth Circuit Court of Appeal granted a petition under FRCP 23(f) seeking immediate review of a district court's order denying class certification in a similar "FACTA" action, *Soualian v. International Coffee & Tea, LLC*, Central District Case No. CV 07-502, Court of Appeal Docket No. 07-56377 ("*Soualian*").;

- 1 -

WHEREAS, the *Soualian* appeal addresses the propriety of denying class certification on the ground that certifying a nationwide class seeking statutory damages for violations of 15 U.S.C. section 1681c(g) would not be "superior;"

WHEREAS, briefing in *Soualian* is set to conclude in mid-February, 2008;

WHEREAS, Plaintiff has requested that Defendant stipulate to stay the instant action pending decision in the Ninth Circuit appeals; and

WHEREAS, since the August 3, 2007 order setting the briefing schedule, two additional cases against Defendant have been related to this case, but have not yet been consolidated, and Plaintiff believes counsel in at least one of those cases wish to participate in the class certification process, and Plaintiff has advised Defendant of this, and has proposed at least a temporary stay to permit consolidation of at least the *Tolley-McNerney v. Ross Stores* case before the parties brief class certification;

WHEREAS, continuing the date for filing Plaintiff's class certification motion will permit the parties additional time to discuss Plaintiff's request for a stay of this action and for Plaintiff to file a motion, if necessary, with the Court to stay the action (Plaintiff anticipates any such motion would be filed along with a motion for an order shortening time to allow a hearing on the motion to stay in an expedited fashion);

NOW, THEREFORE, the parties to this action STIPULATE as follows:

1. Plaintiff's time to file its Motion for Class Certification is extended until November 2, 2007, and the date for the hearing is continued until December 7, 2007, subject to further changes if Plaintiff files and the Court grants a motion to stay the action.

2. The parties request a conference with the Court to determine whether a stay of the action is warranted in light of the recent appeals pending in the Ninth Circuit.

STIPULATION (CASE NO. 06 7496 CRB)

1369327.1

| | | |
|---|---|---|
| 1 | DATED: October ___, 2007 | SPIRO MOSS BARNESS LLP |
| 2 | | THE LINDE LAW FIRM |

DATED: October ___, 2007       SPIRO MOSS BARNESS LLP
                                THE LINDE LAW FIRM


By: _____/s/_____
    J. MARK MOORE
    DOUGLAS A. LINDE
    CHANT YEDALIAN
    ERICA L. ALLEN

Attorneys for Plaintiff
PATRICK J. MCGEE


DATED: October ___, 2007       HANSON BRIDGETT MARCUS VLAHOS
                                & RUDY, LLP


By: _____/s/_____
    LAWRENCE M. CIRELLI
    M. D. MOYE
    GARNER K. WENG
    Attorneys for Defendant
    ROSS STORES, INC.

SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document.

                    /s/
                  GARNER K. WENG

**[PROPOSED] ORDER**

Good cause appearing, IT IS SO ORDERED.  The Court orders the parties to appear for a Case Management Conference on _____ and to file a statement with respect to such conference not later than _____.

DATED: October 26, 2007

DENIED

Judge Charles R. Breyer

HON. CHARLES R. BREYER
U.S. DISTRICT JUDGE

- 4 -

STIPULATION (CASE NO. 06 7496 CRB)

1369327.1