**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, | No. C 06-07496 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROSS STORES, | |
| Defendant. / | |

| | |
|---|---|
| AMBER TOLLEY-MCNERNEY, | No. C 07-04503 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROSS STORES INC, | |
| Defendant. / | |

| | |
|---|---|
| PATRICK STILLMOCK, | No. C 07-04809 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| ROSS STORES, INC., | |
| Defendant. / | |

The hearing scheduled for December 14, 2007 in <u>McGee v. Ross</u>, 06-7496 on the issue of class notice is VACATED and RESCHEDULED for December 21, 2007 at 10:00a.m.

The Court's order granting the plaintiff's motion for class certification in <u>McGee v. Ross</u>, 06-7496 is STAYED pending the December 21, 2007 hearing.

At the December 21, 2007 hearing, the Court will also address the question of whether the Court should consolidate <u>McGee v. Ross</u>, 06-7496, <u>Tolley-McNerney v. Ross</u>, 07-4503, and <u>Stillmock v. Ross</u>, 07-4809.  The parties shall submit simultaneous opening briefs on the propriety of consolidation by Monday, December 10, 2007.  The parties shall submit simultaneous response briefs by Friday, December 14, 2007.

**IT IS SO ORDERED.**

Dated: November 30, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE