J. Mark Moore (SBN 180473)
mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

Douglas A. Linde, (SBN 217584)
dal@lindelaw.net
Chant Yedelian (SBN 222325)
cy@lindelaw.net
Erica L. Allen (SBN 234922)
ela@linelaw.net
The Linde Law Firm
900 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
Telephone: (310) 203-9333
Facsimile: (310) 203-9233

Attorneys for Plaintiff PATRICK J. MCGEE,
individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., and DOES 1-10, <br><br> Defendants. | CASE NO. C06-7496 CRB <br><br> <u>CLASS ACTION</u> <br><br> Hon. Charles R. Breyer <br><br> **REQUEST FOR TELEPHONIC APPEARANCE; [~~PROPOSED~~] ORDER** <br><br> Date: December 21, 2007 <br> Time: 10:00 a.m. <br> Courtroom 8, 19th floor <br><br> Complaint filed: December 6, 2006 |

1

REQUEST FOR TELEPHONIC APPEARANCE      C06-7496 CRB

Pursuant to Local Rule 16-10(a), the following counsel respectfully requests leave to appear by telephone at the hearing re: Consolidation, presently scheduled for December 21, 2007 at 10:00 a.m. in Courtroom 8, 19th floor:

J. Mark Moore, counsel for Plaintiff Patrick J. McGee.

Phone number: 310-235-2462; fax number: 310-235-2456.

Plaintiff McGee's co-counsel, Chant Yedalian of the Linde Law Firm, intends to appear in person. The undersigned also would like to participate, but requests the courtesy of being permitted to do so by telephone on this occasion, based on personal plans and the press of other business on the noticed hearing date.

All parties have been noticed accordingly.

Dated: December 19, 2007  SPIRO MOSS BARNESS LLP

_____/s/ J. Mark Moore_____
J. Mark Moore
Attorneys for plaintiff
PATRICK J. MCGEE

**ORDER**

Plaintiffs' counsel's request for telephonic appearance is hereby G_____.
IT IS SO ORDERED.

December 20, 2007

IT IS SO ORDERED
Judge Charles R. Breyer