IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSS STORES,<br><br>　　　　Defendant. | No. C 06-07496 CRB<br><br>**NOTICE ORDER** |

The Publication Notice, Long-Form Notice, and Opt-Out Form proposed by the plaintiff clearly and concisely state in plain, easily-understood language the nature of the action and satisfy the notification requirements imposed by Federal Rule of Civil Procedure 23(c)(2)(B). Including the term "willfully" in the notices' paragraph describing the nature of the case is not inappropriately prejudicial to Ross. To the contrary, plaintiff's proposed notices accurately explain that the lawsuit <u>alleges</u> that Ross willfully violated federal law. The defendant's alternate language is unnecessary and verbose.

Plaintiff's Publication Notice shall be published after February 4, 2008, but on or before February 11, 2008.

**IT IS SO ORDERED.**

Dated: January 15, 2008　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7496\Notice Order.wpd