1 | TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
2 | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
Two Embarcadero Center, Eighth Floor
3 | San Francisco, California 94111
Telephone: (415) 576-0200
4 | Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
5 |      mboroumand@townsend.com

6 | Attorneys for Defendant
ROSS STORES, INC.

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 PATRICK J. McGEE, individually and on behalf of all others similarly situated, | Case No. C 06-7496 CRB (Consolidated with Case No. C07-4503) |
| 14    Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 15    v. | |
| 16 ROSS STORES, INC., and DOES 1-10, | |
| 17    Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

1  PLEASE TAKE NOTICE that effective immediately, Ross Stores, Inc. hereby substitutes

2  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith, Townsend and Townsend and Crew LLP,

3  Two Embarcadero Center, 8th Floor, San Francisco, California 94111-3834 (415) 576-0200, as their

4  attorneys of record in this action, in lieu and in place of Lawrence M. Cirelli, Garner K. Weng, and M.

5  D. Moye, Hanson, Bridget, Marcus Vlahos Rudy LLP, 425 Market Street, 26th Floor, San Francisco,

6  California 94105 (415) 777-3200. Please direct all notices, orders and service to the attention of

7  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith at Townsend and Townsend and Crew LLP.

8  DATED: February 15, 2008                    ROSS STORES, INC.

9

10                                             By: _____
                                                         Mark LeHockey
11                                               Senior Vice President and General Counsel

12

13       We consent to the above substitution.

14  DATED: February 28, 2008                   HANSON BRIDGET MARCUS VLAHOS RUDY LLP

15

16                                             By: _____
                                                         Garner K. Weng
17

18       We accept the above substitution.

19  DATED: February 25, 2008                   TOWNSEND AND TOWNSEND AND CREW LLP

20

21                                             By: _____
                                                         James G. Gilliland, Jr.
22

23

24  IT IS SO ORDERED

25  Judge Charles R. Breyer                    March 03, 2008

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL                                             1
CASE NO. C 07 4508 CRB