1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>Defendants.<br>_____<br>AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10<br><br>Defendants. | No.  C 06 7496 CRB<br><br>Consolidated Case No. C 07-4503 CRB<br><br>~~[PROPOSED]~~ ORDER RE: STIPULATION TO CONTINUE HEARING ON, OR MODIFY BRIEFING SCHEDULE FOR, DEFENDANT ROSS STORES, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Judge:         Honorable Charles R. Breyer<br>Action Filed:  December 6, 2006<br>Trial Date:    None |

- 1 -

[PROPOSED ORDER] RE STIPULATION TO CONTINUE MSJ (CASE NO. 06 7496 CRB)

1   Based on the parties' stipulation and good cause appearing, the Court hereby ORDERS as
2   follows:
3   __X__    The hearing for Defendant Ross Stores, Inc.'s Motion for Summary
4   Judgment, currently set for May 2, 2008, shall be continued to May 9, 2008, at 10:00 a.m., with
5   Plaintiffs' Opposition Brief due on April 18, 2008, and Defendant's Reply Brief due on April 25,
6   2008.

7   _____    The hearing for Defendant Ross Stores, Inc.'s Motion for Summary
8   Judgment shall remain as currently set for May 2, 2008, at 10:00 a.m., however, Plaintiffs'
9   Opposition Brief shall be due on April 18, 2008, and Defendant's Reply Brief shall due on April
10  25, 2008

**IT IS SO ORDERED.**

DATED: __April 3, 2008__

_____
HONORABLE CHARLES R. BREYER
U.S.D.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -

[PROPOSED] ORDER RE STIPULATION TO CONTINUE MSJ (CASE NO. 06 7496 CRB)