1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>             Defendants.<br>_____<br>AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated,<br>             Plaintiff,<br><br>      v.<br><br>ROSS STORES, INC., and DOES 1-10<br><br>             Defendants. | No.  C 06 7496 CRB<br><br>Consolidated Case No. C 07-4503 CRB<br><br>**[PROPOSED] ORDER RE: SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANT ROSS STORES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:             Honorable Charles R. Breyer<br><br>Present hearing date: May 9, 2008<br>Time:                        10:00 a.m.<br><br>Action Filed:    December 6, 2006<br>Trial Date:       None |

- 1 -

1 | Based on the parties' stipulation and good cause appearing, the Court hereby ORDERS as follows:

The hearing date for Defendant's Motion for Summary Judgment shall be continued from May 9, 2008 to **June 13, 2008**, with Plaintiffs' Opposition Brief due on May 23, 2008, and Defendant's Reply Brief due on May 30, 2008.

The parties shall promptly advise the Court if the scheduled May 8, 2008 mediation results in a resolution of the case.

**IT IS SO ORDERED.**

DATED:  April 18, 2008           _____
HONORABLE CHARLES R. BREYER
U.S. DISTRICT JUDGE



[PROPOSED] ORDER RE SECOND STIPULATION TO CONTINUE MSJ (CASE NO. 06 7496 CRB)