UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>  Defendants.<br>_____<br>AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated,<br>  Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., and DOES 1-10<br><br>  Defendants. | No. C 06 7496 CRB<br><br>Consolidated Case No. C 07-4503 CRB<br><br>[PROPOSED] ORDER RE: STIPULATION RE MODIFICATION TO BRIEFING SCHEDULE REGARDING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Judge:        Honorable Charles R. Breyer<br><br>Present Preliminary Approval<br>hearing date:    August 22, 2008<br>Time:        10:00 a.m.<br><br>Action Filed:  December 6, 2006<br>Trial Date:    None |

- 1 -

[PROPOSED] ORDER RE STIP RE MODIFICATION TO BRIEFING SCHEDULE RE MTN FOR
PRELIM. APPROVAL                                    (CASE NO. 06 7496 CRB)

1  Based on the parties' stipulation and good cause appearing, the Court hereby ORDERS as
2  follows:
3  _____ The hearing date on Plaintiffs' Motion for Preliminary Approval shall
4  remain as presently scheduled, i.e., August 22, 2008 at 10:00 a.m., but the matter shall be heard
5  on 28 days notice after submission of the Motion and related documents by no later than July 25,
6  2008;
7  **or**
8  _X_ The hearing date on the Motion for Preliminary Approval will be continued
9  one week, until August 29, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: __July 21, 2008__          _____
                                   HONORABLE CHARLES R. BREYER
                                   U.S. DISTRICT JUDGE

*IT IS SO ORDERED.*
*Judge Charles R. Breyer*

- 2 -
[PROPOSED] ORDER RE STIP RE MODIFICATION TO BRIEFING SCHEDULE RE MTN FOR
PRELIM. APPROVAL                                        (CASE NO. 06 7496 CRB)