IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, ET AL., | No. C 06-07496 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| ROSS STORES, | |
| Defendant.                    / | |

On or before Friday, August 8, 2008, the parties shall designate a Settlement Administrator by form of stipulation.

**IT IS SO ORDERED.**

Dated: August 5, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7496\Administrator Order.wpd