IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, ET AL., | No. C 06-07496 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| ROSS STORES, | |
| Defendant. | |

The Court GRANTS the motion for preliminary approval of a class action settlement, and adopts the terms set forth in the Proposed Order Granting Motion for Preliminary Approval with the following amendments and modifications:

1. The Court confirms CPT Group, Inc. as Settlement Administrator.

2. The Court directs Plaintiffs to cause the "Published Notice" to be published in USA Today on three occasions, in a size no less than a 1/8 page ad. The ads shall be published to appear for three successive weeks, on three different days of the week. One ad shall be published in USA Today's Friday edition. The first ad shall be published no more than ten days after the date of this order.

3. Beginning no more than ten days after the date of this order, and lasting until the claims period ends, Defendant shall post at least one notice at each series of exits of each of Defendant's retail store locations.

4. The parties shall revise the paragraph entitled "How Do I tell the Court That I Don't Like the Settlement?" of the Long Form Notice to provide that a Class Member may object by sending the information set forth in that paragraph to the Court, Defense Counsel and <u>one</u> Class Counsel. Class counsel shall confer and select one attorney to collect objections.

5. The parties shall revise the paragraph entitled "May I Speak at the Hearing?" of the Long Form Notice to provide that a Class Member may request permission to appear by sending the information set forth in that paragraph to the three parties listed under the heading "How Do I tell the Court That I Don't Like the Settlement?"

6. The Court will hold a Final Settlement Approval Hearing on January 9, 2009 at 10:00a.m.

**IT IS SO ORDERED.**

Dated: August 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE