J. Mark Moore (SBN 180473) mark@spiromoss.com
**Spiro Moss Barness LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, Ca 90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

Attorneys for Plaintiffs and the proposed settlement class

[Additional Counsel identified on next page]

James G. Gilliland (SBN 107988) jggilland@townsend.com
Mehrnaz Boroumand Smith (SBN 197271) mboroumand@townsend.com
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:  415-576-0200
Facsimile:  415-576-0300

Attorneys for Defendant Ross Stores, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>Defendants.<br>_____<br>AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10<br><br>Defendants. | No.  C 06 7496 CRB<br><br>Consolidated Case No. C 07-4503 CRB<br><br>[~~PROPOSED~~] ORDER RE CHANGE TO IN-STORE NOTICE REQUIREMENTS TO AVOID CONSUMER CONFUSION<br><br>Judge:              Honorable Charles R. Breyer<br>Action Filed:   December 6, 2006<br>Trial Date:       None |

- 1 -
[PROPOSED] ORDER RE CHANGE TO IN-STORE NOTICE REQUIREMENTS
(CASE NO. 06 7496 CRB)

1  Douglas A. Linde, (SBN 217584) dal@lindelaw.Net
   Chant Yedalian (SBN 222325) cy@lindelaw.Net
2  The Linde Law Firm
   9000 Sunset Blvd., Suite 1025
3  Los Angeles, Ca 90069
   Telephone: (310) 203-9333
4  Facsimile: (310) 203-9233

5  Additional Attorneys for Plaintiffs and the proposed settlement class

6

7  Eric A. Grover  (SBN 136080)
   eagrover@kellergrover.com
8  Denise L. Díaz (SBN 159516)
   ddiaz@kellergrover.com
9  KELLER GROVER LLP
   425 Second Street, Suite 500
10 San Francisco, CA  94107
   Tel. (415) 543-1305
11 Fax: (415) 543-7861

12
   Attorneys for Plaintiffs and the proposed settlement class
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER RE CHANGE TO IN-STORE NOTICE REQUIREMENTS
(CASE NO. 06 7496 CRB)

## ORDER

Based on the parties' stipulation and good cause appearing, the Court hereby ORDERS as follows:

The preliminary settlement terms approved by this Court on August 11, 2008 will be further modified to allow dd's DISCOUNTS® stores to post an in-store notice that specifically references the www.ddsDISCOUNTSSettlement.com website and excludes any direct reference to Ross Stores. The in-store notice which the parties have stipulated to posting in dd's DISCOUNTS stores and which is attached as Exhibit 1 to their Stipulation is approved for use at dd's DISCOUNTS stores. Ross will bear the costs of all in-store notices instead of taking these costs from the settlement fund as previously set forth in the Stipulation of Settlement and Release.

**IT IS SO ORDERED.**

DATED: August 19, 2008



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE