1 | J. Mark Moore (SBN 180473) mark@spiromoss.com
**Spiro Moss Barness LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, Ca 90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

Attorneys for Plaintiffs and the proposed settlement class

[Additional Counsel identified on next page]

James G. Gilliland (SBN 107988) jggilland@townsend.com
Mehrnaz Boroumand Smith (SBN 197271) mboroumand@townsend.com
**Townsend Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:  415-576-0200
Facsimile:  415-576-0300

Attorneys for Defendant Ross Stores, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., and DOES 1-10, <br><br> Defendants. <br><br> _____ <br> AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., and DOES 1-10 <br><br> Defendants. | No.  C 06 7496 CRB <br><br> Consolidated Case No. C 07-4503 CRB <br><br> **STIPULATION RE MODIFICATION TO BRIEFING SCHEDULE REGARDING MOTIONS FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR ATTORNEYS FEES AND COSTS;** ~~**[PROPOSED]**~~ **ORDER** <br><br> Final Approval Date:     January 9, 2009 <br> Time:     10:00 a.m. <br><br> Judge:          Honorable Charles R. Breyer <br> Action Filed:   December 6, 2006 <br> Trial Date:     None |

- 1 -
STIP RE MODIFICATION TO BRIEFING SCHEDULE RE FINAL APPROVAL  (CASE NO. 06 7496 CRB)

1 | Douglas A. Linde, (SBN 217584) dal@lindelaw.Net
Chant Yedalian (SBN 222325) cy@lindelaw.Net
2 | The Linde Law Firm
9000 Sunset Blvd., Suite 1025
3 | Los Angeles, Ca 90069
Telephone: (310) 203-9333
4 | Facsimile: (310) 203-9233

5 | Additional Attorneys for Plaintiffs and the proposed settlement class

6 | Eric A. Grover  (SBN 136080)
eagrover@kellergrover.com
7 | Denise L. Díaz (SBN 159516)
ddiaz@kellergrover.com
8 | KELLER GROVER LLP
425 Second Street, Suite 500
9 | San Francisco, CA  94107
Tel. (415) 543-1305
10 | Fax: (415) 543-7861
11 |

12 | Attorneys for Plaintiffs and the proposed settlement class

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **STIPULATION**

Plaintiffs Patrick J. McGee and Amber Tolley McNerney ("Plaintiffs") and Defendant Ross Stores, Inc. ("Defendant"), through their undersigned counsel, and stipulate as follows:

1. WHEREAS, the Court previously granted preliminary approval of the parties' class action settlement and set the hearing re final approval for January 9, 2009 at 10:00 a.m.

2. WHEREAS, under this Court's notice period for regularly noticed motions, the January 9, 2009 hearing date would require filing of the motions for final approval and for attorneys' fees and costs by December 5, 2008 (i.e., 35 days before the hearing date);

3. WHEREAS, the motions will be unopposed;

4. WHEREAS, the parties are respectfully requesting an additional week, until December 12, 2008, to submit the motions for final approval and for attorneys fees and costs, in light of the holidays, the unopposed nature of the motions, and the expected receipt from the claims information of additional updated claims information prior to December 12, 2008 which will not be available by December 5, 2008;

THEREFORE, the parties hereby stipulate, and respectfully request an order as follows:

The hearing date on Plaintiffs' Motion for Final Approval and Motion for Attorneys Fees, Costs and Incentive Awards shall remain as presently scheduled, i.e., January 9, 2009, at 10:00

//
//
//

1  a.m., but the matter shall be heard on 28 days notice after submission of the Motions and related
2  documents by no later than December 12, 2008.

3
4  DATED: November 26, 2008    SPIRO MOSS BARNESS LLP
                                THE LINDE LAW FIRM
5

6                               By:    /s/
7                                  J. MARK MOORE
                                   of Spiro Moss Barness LLP
8                                  Attorneys for Plaintiffs and the proposed
                                   settlement class
9

10 DATED: November 26, 2008    KELLER GROVER LLP

11

12                              By:    /s/
                                   DENISE DIAZ
13                                 Attorneys for Plaintiffs and the proposed
                                   settlement class
14

15

16 DATED: November 26, 2008    TOWNSEND AND TOWNSEND AND CREW, LLP

17

18                              By:    /s/
                                   JAMES G. GILLILAND
19                                 MEHRNAZ BOROUMAND SMITH
                                   Attorneys for Defendant
20                                 ROSS STORES, INC.

21

22
                                **ORDER**
23
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24

25 Dated: __December 01, 2008_____    _____
                                         Hon. Charles R. Breyer
26                                       U.S. District Court

27

28
                                - 4 -
STIP RE MODIFICATION TO BRIEFING SCHEDULE RE FINAL APPROVAL
                                                  CASE NO. 06 7496 CRB

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, J. Mark Moore —the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document.

/s/
J. Mark Moore